*Friday, May 28, 1999*

## MOTION DOCKET

**99–941.   State ex rel. The Ryant Commt. v. Lorain Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of motions for leave to intervene of First Interstate Development Company, and Avon Citizens Committee for Avon Commons and Robert Barnhart, and relators' motion for leave to amend complaint,

IT IS ORDERED by the court that the motions for leave to intervene be, and hereby are, granted.

IT IS FURTHER ORDERED that relators' complaint be considered amended as a matter of course pursuant to Civ.R. 15(A). *State ex rel. Hanson v. Guernsey* (1992), 65 Ohio St.3d 545, 549, 605 N.E.2d 378, 381–382; see, also, S.Ct.Prac.R. X(2). Briefing shall proceed pursuant to S.Ct.Prac.R. X(9), with respondents' and intervening respondents' evidence and merit briefs due June 1, 1999.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., defer voting on the motion for leave to amend complaint.

## DISCIPLINARY DOCKET

**98–1707.   Dayton Bar Assn. v. Lewis.**
On February 17, 1999, this court indefinitely suspended respondent, Gordon H. Lewis, a.k.a. Gordon Harvey Lewis, Attorney Registration No. 0023561, last known business address in Dayton, Ohio. On March 26, 1999, relator, Dayton Bar Association, filed a motion requesting this court to issue an order directing respondent to appear and show cause why he should not be held in contempt for failing to obey this court's February 17, 1999 order. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is hereby granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why respondent should not be held in contempt.

IT IS FURTHER ORDERED, *sua sponte,* that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

*Tuesday, June 1, 1999*

## MOTION DOCKET

**97–1618.   Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–654–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion for leave to file a supplemental authority,

IT IS ORDERED by the court that the motion for leave to file a supplemental authority be, and hereby is, denied.

RESNICK, J., not participating.

**99–403.   Cuyahoga Cty. Bar Assn. v. Levey.**
Upon consideration of relator's motion to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS